IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| STACY OLIVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 12-3444-CV-S-DW |
| ) | |
| LINDA SANDERS, Warden, United States ) | |
| Medical Center for Federal Prisoners, ) | |
| ) | |
| Respondent. ) | |

# ORDER

Pending before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. 12), which recommends that the Court deny the Petitioner Stacy Oliver (the "Petitioner") leave to proceed *in forma pauperis*, and to dismiss without prejudice the Petitioner's Petition for Writ of Habeas Corpus. The deadline to file objections to the Report and Recommendation was February 25, 2013, but no objections have been filed.

After an independent review of the record, the applicable law and the parties' arguments, it is hereby ORDERED that

(1) the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 12); and

(2) the Magistrate's Report and Recommendation shall be attached to and made a part of this Order; and

(3) Petitioner Oliver's Motion to Proceed *In Forma Pauperis* (Doc. 2) and Petition for Writ of Habeas Corpus (Doc. 1) are DENIED WITHOUT PREJUDICE; and

(4) the Motion to Withdraw (Doc. 9) is GRANTED, and Michelle Nahon Moulder is withdrawn as counsel for Petitioner.

The Clerk of Court is directed to mail a copy of this Order to the Petitioner via certified mail, return receipt requested, at his last known address.

IT IS SO ORDERED.

Date:  March 12, 2013                                       /s/ Dean Whipple
                                                            Dean Whipple
                                                            United States District Judge